FILED

10/25/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0131

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0131

_____

ALLEN MUNRO and LINDA MUNRO,

     Plaintiffs and Appellees,

v.                               O R D E R

JOHN MUNRO,

     Defendant and Appellant.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Mary Jane Knisely, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 25 2023